AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| RB DISTRIBUTION, INC. and DORMAN PRODUCTS, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> FEDERAL-MOGUL MOTORPARTS LLC, ADVANCED SUSPENSION TECHNOLOGY LLC f/k/a DRIV AUTOMOTIVE INC., and DFMMP LLC f/k/a DRIV INCORPORATED <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   26-cv-1012-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Advanced Suspension Technology LLC
f/k/a DRiV Automotive Inc.
c/o Corporation Creations Network Inc.
1521 Concord Pike Suite 201
Wilmington, DE 19803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(302) 984-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   08/10/2026          *Joel Morales*
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-1012-UNA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Advanced Suspension Technology llc fka DRiV Automotive Inc.

was received by me on *(date)*        08/10/2026        .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Naja Hubert - Authorized to Accept        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

1521 Concord Pike, Suite 201, Wilmington, DE  @9:45 a.m.  on *(date)*        08/11/2026        ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $       0.00       .


I declare under penalty of perjury that this information is true.

Date:      08/11/2026                    _____
                                                            *Server's signature*

                                                William Besco - Process Server
                                                _____
                                                        *Printed name and title*

                                                    230 North Market Street
                                                    Wilmington, DE 19801
                                                _____
                                                        *Server's address*

Additional information regarding attempted service, etc: