IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RB DISTRIBUTION, INC. and DORMAN PRODUCTS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL-MOGUL MOTORPARTS LLC, ADVANCED SUSPENSION TECHNOLOGY LLC f/k/a DRIV AUTOMOTIVE INC., and DFMMP LLC f/k/a DRIV INCORPORATED,<br><br>Defendants. | ) | C.A. No. 26-1012-JLH |

**<u>DEFENDANTS' MOTION TO STAY</u>**

Defendants Federal-Mogul Motorparts LLC, Advanced Suspension Technology LLC f/k/a Driv Automotive Inc., and DFMMP LLC f/k/a Driv Incorporated respectfully move to stay the above action pending reexamination of the asserted patent claims. The grounds for this Motion are fully set forth in Defendants' Opening Brief, filed contemporaneously herewith.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

______________________________

Andrew C. Mayo (#5207)
John G. Day (#2403)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jday@ashbygeddes.com

*Attorneys for Defendants*

*Of Counsel*:

David M. Maiorana
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
dmaiorana@jonesday.com

Gregory A. Castanias
Yury Kalish
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
(202) 879-3939
gcastanias@jonesday.com
ykalish@jonesday.com

Geoffrey K. Gavin
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
(404) 521-3939
ggavin@jonesday.com

Dated: October 6, 2026

**RULE 7.1.1 CERTIFICATION**

The undersigned hereby certifies that, counsel for Defendants made a reasonable effort to reach agreement with counsel for Plaintiffs on the matters set forth in the foregoing motion, and Plaintiffs oppose the relief requested.

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

Dated: October 6, 2026